## (September 11, 1959)

■ In the Matter of the CITY OF NEW YORK (SEWARD PARK SLUM CLEARANCE PROJECT). 339 GRAND STREET CORPORATION; J. S. GARLICK PARKSIDE MEMORIAL CHAPELS, INC.— Motion granted insofar as to extend appellant's time to procure the record on appeal and appellant's points to be served and filed up to and including September 30, 1959, with notice of argument for the November 1959 Term of this court, said appeal to be argued or submitted when reached. Concur— Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ PENN-OHIO STEEL CORPORATION et al. v. ALLIS-CHALMERS MANUFACTURING COMPANY.— Motion granted. Concur— Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of JOSEPH TRACHTMAN, as Executor of SAUL H. BOURNE, Deceased. MARY E. KEEDICK; MARY M. BOURNE.— Motion granted on condition that the appeal be argued or submitted on September 22, 1959. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of MAX GROSS against NEW YORK CITY ALCOHOLIC BEVERAGE CONTROL BOARD et al.— Motion granted only insofar as to permit movant, United Restaurant Liquor Dealers of Manhattan, Inc., to serve and file its brief amicus curiæ with this court on or before September 23, 1959. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of MAX GROSS against NEW YORK CITY ALCOHOLIC BEVERAGE CONTROL BOARD and STATE LIQUOR AUTHORITY.— Motion granted only insofar as to permit movant, State Restaurant Liquor Dealers Association of New York, Inc., to serve and file its brief amicus curiæ with this court on or before September 23, 1959. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of MAX GROSS against NEW YORK CITY ALCOHOLIC BEVERAGE CONTROL BOARD and STATE LIQUOR AUTHORITY.— Motion granted and the clerk is directed to place the appeal at the head of the Enumerated Calendar of this court for argument or submission on October 7, 1959. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of FIDEL SEGARRA, Appellant, against JOHN DOE et al., Respondents.— The order at Special Term is unanimously affirmed, without costs. Insofar as the additional relief that was sought, namely, that the name of the candidate for leader be placed on the ballot, the application must be denied for failure to confer jurisdiction upon the court by serving necessary parties (Matter of Swan v. Cohen, 286 N. Y. 678; Gassman, Election Law, § 95). On the merits there is insufficient in the record to establish that the petitioner proffered proof of the validity of a sufficient number of signatures. Moreover, examination by this court of the work sheets and summary of the Board of Elections shows prima facie that there are insufficient valid signatures. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of FIDEL SEGARRA against JOHN DOE et al.— Motion granted. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

## (September 15, 1959)

■ NATHAN D. WOLF et al., v. JACOB GOLD et al.— Motion for extension of time denied, with $10 costs. Defendants are directed to answer within 10 days after the service of a copy of the order entered herein, with notice of